IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL FILE NO. 1:06-CR-529-4-TWT |
| MAURICIO MEDINA-MOJICA, Defendant. | |

### OPINION AND ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 90] of the Magistrate Judge recommending denying the Defendant's Motions to Suppress Evidence of Identification [Docs. 65 & 74]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motions to Suppress Evidence of Identification [Docs. 65 & 74] are DENIED.

SO ORDERED, this 9 day of July, 2007.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge